UNITED STATES of America,
Plaintiff—Appellee,

v.

Harpal SINGH, a/k/a Gary Sukhwal,
Defendant—Appellant.

No. 04–50279.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 16, 2005.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Harpal Singh, aka Gary Sukhwal, appeals the sentence imposed following his guilty plea to attempted kidnapping while impersonating a federal law enforcement

---

officer in violation of 18 U.S.C. § 1201(a)(1), (a)(3), (d). Singh, who was sentenced under the mandatory Sentencing Guidelines before the Supreme Court its issued its decision in *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), asserts that the case should be remanded for resentencing under the post-*Booker* advisory Guidelines.

We dismiss the appeal because Singh, in his plea agreement, knowingly and voluntarily waived his right to appeal. *See United States v. Cortez–Arias*, 403 F.3d 1111 (9th Cir.2005), *as amended*, 425 F.3d 547 (9th Cir.2005) (holding that pre-*Booker* waiver of right to appeal precludes appellate relief under *Booker* ).

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.